Reginald L. Harris #173086
Delaware Correctional center
1181 Paddock Road
Smyrna, Delaware 19977

08-360

Clerk, Delaware District Court
J. Caleb Boggs Federal Building
844 King Street, Lockbox 18
Wilmington, Delaware 19801

June 25, 2008



Dear Clerk:

    I am writing to you regarding my motion for 2254 Habeas Corpus that I sent to you on June 13, 2008. When I mailed the petition to you, I accidentally sent my extra copy too, so now, I am without a copy of the petition for myself. I would really appreciate it if you would forward a copy of the petition to me. Also please find enclosed the certificate of service, which was accidentally forgotten when I sent off the petition. Your help and assistance in this matter will be extremely appreciated.

Respectfully Submitted,

Reginald Harris



I/M Reginald Harris
SBI# 123686  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

Clerk, Delaware District Court
J. Caleb Boggs Federal Building
844 King Street, Lockbox 18
Wilmington, Delaware
19801