## Certificate of Service

08-360

I, Reginald Harris hereby certify that I have served a true and correct copy(ies) of the attached Petition Under 28 U.S.C.§ 2254 for a Writ of Habeas Corpus upon the following parties/persons:

To: Clerk, Delaware District Court

    J. Caleb Boggs Federal Bldg.

    844 King Street, Lockbox 18

    Wilmington, Delaware 19801

To:

To:

To:

To:

To:



FILED
JUN 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 13th day of June, 2008

_Reginald Harris_____
REGINALD HARRIS
SBI # 173086