OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2008

```
TO:   Reginald Harris
      SBI# 173086
      Delaware Correctional Center
      1181 Paddock Rd.
      Smyrna, DE 19977

      RE:  REQUEST FOR COPYWORK, C.A. NO. 08-360 (SLR)
```

Dear Mr. Harris:

This is in response to your letter received on 6/27/08 requesting copywork.

Please be advised that the fee for copywork is fifty cents ($.50) per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of **$11.00** should be sent with your request, check or money order payable to Clerk, United States District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson